**Slip Op. 01-124**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____ :
                                             :
SKF USA INC. and SKF GmbH; FAG               :
KUGELFISCHER GEORG SCHAFER AG                 :
and FAG BEARINGS CORPORATION,                :
                                             :
             Plaintiffs and                  :
             Defendant-Intervenors,          :
                                             :
        v.                                   :    Consol. Court No.
                                             :    97-01-00054-S
UNITED STATES,                               :
                                             :
             Defendant,                      :
                                             :
             and                             :
                                             :
THE TORRINGTON COMPANY,                      :
                                             :
             Defendant-Intervenor            :
             and Plaintiff,                  :
                                             :
             and                             :
                                             :
NTN BEARING CORPORATION OF AMERICA and       :
NTN KUGELLAGERFABRIK (DEUTSCHLAND)           :
GmbH; SNR ROULEMENTS,                        :
                                             :
             Defendant-Intervenors.          :
_____ :

## JUDGMENT

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, SKF USA Inc. v. United States, 25 CIT ___, 155 F. Supp. 2d 813 (2001) ("Remand Results"), and Commerce having complied with the Court's remand order and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on October 16, 2001, are affirmed in their entirety; and it is further

      **ORDERED** that since all other issues have been decided, this case is dismissed.

 

                                      _____
                                                NICHOLAS TSOUCALAS
                                                   SENIOR JUDGE

Dated:     October 22, 2001
            New York, New York